**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000054
28-MAR-2022
08:28 AM
Dkt. 38 ODSD**

NO. CAAP-21-0000054

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JK, Petitioner-Appellant, v.
MK, and CHILD SUPPORT ENFORCEMENT AGENCY,
STATE OF HAWAIʻI, Respondents-Appellees

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-P NO. 19-1-6003)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On February 6, 2021, Petitioner-Appellant JK (**Father**), through counsel Rosa Flores, filed the notice of appeal;

(2) On November 17, 2021, Respondent-Appellee MK filed a Motion To Dismiss Appeal For Want of Prosecution (**Motion**) and Father has not filed any response to the Motion;

(3) On November 18, 2021, the appellate clerk entered a default of the jurisdiction statement and the opening brief, informing Father that the time to file the jurisdiction statement expired on October 14, 2021 and the time to file the opening brief expired on November 15, 2021, Father had not filed the jurisdiction statement or opening brief, the matter would be brought to the court's attention on November 29, 2021, for action that may include dismissal of the appeal, and Father could seek relief from default by motion (**Default Notice**);

(4) The appellate clerk electronically served the Default Notice to Father, and Father has not responded to it or taken further action in this appeal; and

(5) An appeal may be dismissed where the appellant has failed to comply with Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 28, see HRAP Rule 30.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed as moot.

DATED:  Honolulu, Hawaiʻi, March 28, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge